**To:** Honorable Judge Cathy Cochran
201 W. 14th St. [PO Box 12308]
Austin, Tx 78701-1445

Roy Anthony Jones #681477
Hughes Unit
RT. 2 Box 4400
Gatesville, Tx 76597

DATE: 3/4/15

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 09 2015

Abel Acosta, Clerk

Honorable Judge,

Hello!

I'm offender Roy Anthony Jones here at TDCJ, I'm corresponding you this letter due to a story I read about you in the prison legal news concerning offenders/inmates being wrongly convicted. I don't no what kind of Help you may can help me with as far as proving my innocence but I pray that you will do what you can. I was wrongly convicted of a murder crime back in 1994 which they claimed I killed my own bestfriend. I was given 60yrs TDCJ, Ive been incarcerated since 7/5/93, and the next time I come up for parole will be my 3rd time. I have received a 5yrs set-off in 2008 (first time coming up for parole), and a 3yrs set-off in 2013 (my second time of coming up for parole). I have 21½ years (day for day) that I have been incarcerated, I can make parole next year but ms./mrs. Cochran like I have from day one, have been trying to prove my innocence, I'm still trying 21½ years later and will try into the day my time is done on earth. I have wrote many of Innocence organizations seeking their help but for some reason they all have turned away, when infact I can prove that I was flat out railroaded during my time of trial; also my court records reflect this as well. Let me mention that before my trial I was offered a 2yrs plea bargain agreement and the case will be reduced to manslaughter. With the wrongly conviction I'm

C/C.

(PAGE 1 of 2)

now incarcerated for makes My 3rd conviction. I just brought this to your attention to show you that they (my court Appointed Attorney, The District Attorney, And even the Honorable Judge knew I did not commit the crime). They All conspired against me just to get A conviction even when they had direct knowledge of it being wrongly And unjust. It was a messy situation that I faced during this wrongly conviction. I feel that is why the Innocence organizations that I have corresponded to seeking their help did not want to get involved.

Like the many whom have proved their wrongly convictions someone took that chance of helping them. which I feel like it was God who lead them in that direction. I feel like God gonna lead me in the right direction as well. Maybe you are the answer, if not, I will continue on my destination seeking to find the one that God put in that position to help me. I just put some details in this correspondent about my situation, which I hope you can understand my dialogue. Whatever you Deem appropriate I thank you so much for your time and consideration.

P.S. Please respond back.

Sincerely,

Roy Anthony Jones #681477
Hughes Unit
RT. 2 Box 4400
Coatesville, Texas 76597

Sorry about the mistakes.

C./C.

(PAGE 2 of 2)